1 GOLDSMITH & HULL/562850
A Professional Corporation
2 VALERIA BARINOVA    (Bar No. 224422)
16000 Ventura Blvd., Suite 900
3 Encino, CA 91436-2760
Tel.: (818) 990-6600
4 Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**
5
6 Attorneys For Judgment Creditor
7
8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) CASE NO. 00-08537
12            Plaintiff,         )
13 v.                            ) ORDER GRANTING PLAINTIFF'S
                                 ) APPLICATION PERMITTING
14 JAMES T. MITCHELL             ) SERVICE OF PROCESS [PROPOSED]
15                               )
16            Defendant.         )
17                               )

18
19    IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting
20 Service of Process is Granted, and that any agent of ROTTNER ATTORNEY
21 SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this
22 action, be authorized and appointed to serve the writ issued in this action.
23
24    IT IS SO ORDERED
25
26 Dated: 6/_/07                    _____
27                                  ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
                                    UNITED STATES DISTRICT COURT
28

27